**Order entered August 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00728-CR

### DOMINIQUE WOODBERRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-52253-U

## ORDER

Before the Court is Deputy Court Reporter Melissa Maxwell's August 8, 2018 first request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
          JUSTICE